IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| YURI SIRKO, | : | |
|       Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| AETNA LIFE INS. CO., | : | |
|       Defendant. | : | No. 15-21 |

**O R D E R**

**AND NOW**, this 2nd day of February, 2016, upon consideration of Plaintiff's Motion for Summary Judgment (Docket No. 17), Defendant's Motion for Summary Judgment (Docket No. 19), the parties' respective responses (Docket Nos. 20, 21), and the Administrative Record (Docket No. 18), it is hereby **ORDERED** that:

1. Plaintiff's Motion (Docket No. 17) is **DENIED**.

2. Defendant's Motion (Docket No. 19) is **GRANTED**.

3. Judgment is entered in favor of Defendant.

4. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

S/Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE